UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| The Estate of Robert Wayne Lewis, by and through its Administrator Ad Prosequendum Tammy Wilson and Tammy Wilson, in her own right<br>　　　　　　　　　　*Plaintiff*<br><br>v.<br><br>Cumberland County Jail, Warden Robert Balicki in his individual capacity, John Doe Corrections Officers 1-10 (fictitious individuals) in their individual capacities, & CFG Health Systems, LLC<br>　　　　　　　　　　*Defendants* | Case No. 1:15-CV-03503<br><br>**ESTATE OF ROBERT WAYNE LEWIS' STATEMENT REGARDING THIRD PARTY FUNDING** |

In accordance with Rule 7.1.1 Plaintiffs hereby disclose that there is no funding for attorney's fees and/or expenses whatsoever in this matter, which would be inclusive of (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan or insurance. Plaintiffs did not require a funding source as they signed a Contingent Fee Agreement and all attorneys fees and costs are included in the Contingent Fee Agreement.

Plaintiffs under the advisement of their attorney, Conrad J. Benedetto, Esquire are making the ultimate litigation or settlement decisions and no third party or non-party is involved with same. No conflict of interest exists in this matter.

Dated: 7/9/2021

Respectfully submitted,
**LAW OFFICES OF CONRAD J. BENEDETTO**

By: _____
CONRAD J. BENEDETTO, ESQUIRE
Attorney I.D. No.: 013921981
1615 South Broad Street
Philadelphia, PA 19148
Phone No: (215) 389-1900
Fax No: (215) 271-8910
Email: benedettolegalassociates@gmail.com
Attorneys for Plaintiffs, Estate of Robert Wayne Lewis, et al.

1