# BARKER, GELFAND, JAMES & SARVAS

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

**Atlantic County Office:**
210 New Road
Linwood Greene – Suite 12
Linwood, New Jersey 08221
(609) 601-8677
(609) 601-8577 - Telefax

A. MICHAEL BARKER *
TODD J. GELFAND **
VANESSA E. JAMES **
JEFFREY P. SARVAS

GREG DiLORENZO

**Burlington County Office:**
1 Eves Drive, Suite 111
Marlton, New Jersey 08053
(609) 601-8677
(609) 601-8577 – Telefax
E-Mail:
TGelfand@BarkerLawFirm.net
By Appointment Only

**Gloucester County Office:**
91 Circle Avenue
Pitman, New Jersey 08071
(856) 244-1854
Email: vjames@barkerlawfirm.net
By Appointment Only

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
** LICENSED TO PRACTICE IN PENNSYLVANIA

Website: www.barkerlawfirm.net
e-mail: vjames@BarkerLawFirm.net

**Please reply to
ATLANTIC County Office**

July 12, 2021

<u>*Via ECF Filing*</u>
Hon. Anne Marie Donio, U.S.M.J.
United States District Court/Camden
Mitchell H. Cohen United States Court House
One John F. Gerry Plaza – Courtroom 4D
PO Box 887
Camden, New Jersey 08101

  Re: The Estate of Robert Wayne Lewis, by and through its Administrator Ad Prosequendum, Tammy Wilson and Tammy Wilson in her own right v. County of Cumberland, Warden Robert Balicki, in his individual capacity, and John Doe Corrections Officers 1-10 (fictitious individuals) in their individual capacities, and CFG Health Systems, LLC
Docket No.: 1:16-cv-03503-JBS/AMD

    The Estate of Jon Leon Watson by and through its administrator Ad Prosequendum, Helen Ray Lloyd, and Helen Ray Lloyd, in her own right v. County of Cumberland, Warden Robert Balicki, in his individual capacity, John Doe Corrections Officers 1-10 (fictitious individuals) in their individual capacities, and CFG Health Systems, LLC
Docket No.: 1:16-cv-06578

Page 2
July 12, 2021
Judge Donio
United States District Court
Re:       Lewis v Cumberland County, et. al.
          Watson v Cumberland County, et. al.

---

Dear Judge Donio:

Our office was recently assigned as Counsel for Defendants Cumberland County and Warden Balicki in the above captioned cases. It has come to my attention there are settlement conferences scheduled for July 13, 2021, at 10:30 a.m. Cumberland County Counsel has been unable to reach Attorney Daniel Rybeck, who was previously assigned as Defense Counsel for Cumberland County and Warden Balicki in the above captioned matters. We prepared and forwarded Substitution of Attorney forms to Cumberland County Counsel who has been unable to reach Mr. Rybeck to sign the Substitution of Attorney forms. In the meantime, I filed my Notice of Appearance in each of the above captioned matters.

I am available to participate in the upcoming settlement conferences, however, I need some time to obtain information from prior Counsel for Cumberland County Defendants, to become familiar with the status of the settlement discussions and become familiar with the substantive issues in both of the above captioned matters. If the Court wishes to proceed with the conference on July 13, 2021, I will be present to participate.

In the alternative, if the settlement conferences are postponed for sixty days, I will be in a better position to participate in settlement discussions.

Thank you for your consideration.

Respectfully submitted,

**BARKER, GELFAND, JAMES & SARVAS**
**A Professional Corporation**

By:   *s/A. Michael Barker*

A. Michael Barker, Esquire


cc:   *Via ECF:*
      Daniel Rybeck, Esquire
      drybecklaw@outlook.com
      Previous counsel for Cumberland County and Warden Balicki

Page 3
July 12, 2021
Judge Donio
United States District Court
Re:         Lewis v Cumberland County, et. al.
              Watson v Cumberland County, et. al.

---

Conrad J. Benedetto, Esquire
cjbenedetto@benedettolaw.com
Attorney for Plaintiff

John E. Kustriss, Jr., Esquire
John@Kustrisslaw.com
Co-Counsel for Plaintiff

Stephen D. Holtzman, Esquire
Sholtzman2000@aol.com
Attorney for CFG Health Systems, Inc.