CONRAD J. BENEDETTO ***

+   MANAGING ATTORNEY
*   MEMBER OF PA BAR
*** MEMBER OF NJ & PA BAR
*^  MEMBER OF PA & FL BAR

# Benedetto
## LEGAL ASSOCIATES

**1615 South Broad Street**
**Philadelphia, PA 19148**
Telephone: (215) 389-1900
Facsimile: (215) 271-8910

WWW.BENEDETTOLEGALASSOCIATES.COM

**CHERRY HILL OFFICE:**

112 HADDONTOWNE COURT
SUITE 203
CHERRY HILL, NJ 08034

BRUNI DIAZ, PARALEGAL
BDIAZ@CJBENEDETTOLAW.COM

August 25, 2021

***VIA ELECTRONIC FILING***
Honorable Robert B. Kugler
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Street
Camden, NJ 08101

      IN RE:    ***Estate of Robert Wayne Lewis v. Cumberland County, et als.***
                     ***Case No.: 1:15-cv-03503 (JBS)(AMD)***

Dear Judge Kugler:

In reference to the above captioned matter please be advised this matter is still being mediated by the Honorable Ann Marie Donio for possible settlement.

Thank you for your attention and extended courtesies in this matter. Should you have any questions, please do not hesitate to contact me directly.

                              Respectfully submitted,

                              *Conrad J. Benedetto*
                              CONRAD J. BENEDETTO, ESQ.

cc:
***VIA ELECTRONIC FILING***
Jeffrey S. McClain, Esquire
Daniel Rybeck, Esquire
John E. Kusteriss, Esquire