CONRAD J. BENEDETTO ***

+   MANAGING ATTORNEY
*   MEMBER OF PA BAR
*** MEMBER OF NJ & PA BAR
*^  MEMBER OF PA & FL BAR

# Benedetto
LEGAL ASSOCIATES

CHERRY HILL OFFICE:

112 HADDONTOWNE COURT
SUITE 203
CHERRY HILL, NJ 08034

BRUNI DIAZ, PARALEGAL
BDIAZ@CJBENEDETTOLAW.COM

1615 South Broad Street
Philadelphia, PA 19148
Telephone: (215) 389-1900
Facsimile: (215) 271-8910

WWW.BENEDETTOLEGALASSOCIATES.COM

December 8, 2021

*VIA ECOURTS AND EMAIL*
njdnef_donio@njd.uscourts.gov

United States District Court
District of New Jersey - Camden Vicinage
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets - Room 1050
Camden, NJ 08101
Attn: Honorable Ann Marie Donio

> RE:   **Estate of Alissa Marie Allen**      **Case No.: 1:15-cv-06273**
>       **Estate of David Hennis**            **Case No.: 1:16-cv-04216**
>       **Estate of Robert Lewis**            **Case No.: 1:15-cv-03503**
>       **Estate of Jon Watson**              **Case No.: 1:16-cv-06875**

Dear Judge Donio:

As you are aware, the above captioned matters are scheduled before your Honor today at 2:00 PM for a telephonic conference.

Your Honor Mr. Benedetto is out of the office sick and I am respectfully requesting the conference(s) be moved.

Thank you for your extended courtesies, considerations and attention in these matters.

Respectfully,

Bruni Diaz, Paralegal
CONRAD J. BENEDETTO, ESQUIRE

CJB/bd
Cc: *VIA ECOURTS*
*All Counsel of Record*