IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| THE ESTATE OF ALISSA MARIE ALLEN, by and through its Administrator Ad Prosequendum, CHRISTINE ALLEN and CHRISTINE ALLEN in her own right,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CUMBERLAND COUNTY, et al.,<br><br>　　　　Defendants. | Civil No. 15-6273 (RBK/AMD) |
| THE ESTATE OF DAVID HENNIS, by and through its Administrator Ad Prosequendum, PATRICIA HENNIS, and PATRICIA HENNIS in her own right,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WARDEN ROBERT BALICKI, et al.,<br><br>　　　　Defendants. | Civil No. 16-4216 (RBK/AMD) |
| THE ESTATE OF JON LEON WATSON, by and through its Administrator Ad Prosequendum, HELEN RAY LLOYD, and HELEN RAY LLOYD in her own right,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CUMBERLAND COUNTY, et al.,<br><br>　　　　Defendants. | Civil No. 16-6578 (JHR/AMD) |

```
THE ESTATE OF ROBERT WAYNE
LEWIS, by and through its
Administrator Ad Prosequendum,     Civil No. 16-3503 (RBK/AMD)
TAMMY WILSON and TAMMY WILSON
in her own right,

            Plaintiffs,

     v.

CUMBERLAND COUNTY, et al.,

            Defendants.
```

## ORDER

This Order confirms the directives given to counsel during the telephonic status conference held on December 20, 2021, with all counsel as set forth on the record; and good cause appearing for the entry of the within Order:

IT IS on this **20th** day of **December 2021**, hereby **ORDERED**:

1. Counsel for Plaintiffs in the *Allen* and *Hennis* matters shall promptly file with the Court and serve on all counsel an affidavit as set forth on the record confirming the representations made to the Court concerning the settlement allocation and distribution and attaching copies of the distribution schedule setting forth the amount of settlement proceeds, attorneys' fees and expenses, and copies of any disclaimers as set forth on the record. The affidavit shall also address whether there are liens, and if so, the amount of any lien.

2. Counsel for Plaintiffs shall also file in the *Lewis* and *Watson* matters the same information set forth above once letters of administration have been received.

s/ Ann Marie Donio
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Robert B. Kugler
    Hon. Joseph H. Rodriguez