Attorney ID AB2814
A. Michael Barker, Esquire
BARKER, GELFAND, JAMES & SARVAS
a Professional Corporation
Linwood Greene – Suite 12
210 New Road
Linwood, New Jersey 08221
(609) 601-8677
AMBarker@BarkerLawFirm.net
Our File Number: 60372-01

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY – CAMDEN

| | |
|---|---|
| The Estate of Robert Wayne Lewis, by and through its Administrator Ad Prosequendum, Tammy Wilson and Tammy Wilson in her own right,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Cumberland County, Warden Robert Balicki, in his individual capacity, and John Doe Corrections Officers 1-10 (fictitious individuals) in their individual capacities, & CFG Health Systems, LLC,<br>　　　　Defendants. | Civil Action Number:<br>1:16-cv-03503-RBK-AMD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE ON BEHALF OF DEFENDANT'S WARDEN ROBERT BALICKI, IN HIS INDIVIDUAL CAPACITY, AND JOHN DOE CORRECTIONS OFFICERS 1-10 (FICTITIOUS INDIVIDUALS) IN THEIR INDIVIDUAL CAPACITIES** |

　　　　It is hereby stipulated and agreed that the Complaint and Amended Complaint of The Estate of Robert Wayne Lewis, by and through its Administrator Ad Prosequendum, Tammy Wilson and Tammy Wilson in her own right and hereby is voluntarily dismissed with prejudice along with any Crossclaims and Third-Party

Claims against, Cumberland County, Warden Robert Balicki, in his individual capacity, and John Doe Corrections Officers 1-10 (fictitious individuals) in their individual capacities, without attorney's fees or costs.

| | |
|---|---|
| **LAW OFFICE OF**<br>**CONRAD J. BENEDETTO** | **BARKER, GELFAND, JAMES & SARVAS**<br>**A Professional Corporation** |
| By: *[signature]*<br>Conrad J. Benedetto, Esquire<br>*Attorney for Plaintiff(s)* | By: *[signature]*<br>A. Michael Barker, Esquire<br>*Attorney for Defendants*<br>*Warden Robert Balicki* |
| Dated: 2/7/2022 | Dated: 2-3-2022 |