IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| THE ESTATE OF JON LEON WATSON, by and through its Administrator Ad Prosequendum, HELEN RAY LLOYD, and HELEN RAY LLOYD in her own right,<br><br>Plaintiffs,<br><br>v.<br><br>CUMBERLAND COUNTY, et al.,<br><br>Defendants. | Civil No. 16-6578 (JHR/AMD) |
| THE ESTATE OF ROBERT WAYNE LEWIS, by and through its Administrator Ad Prosequendum, TAMMY WILSON and TAMMY WILSON in her own right,<br><br>Plaintiffs,<br><br>v.<br><br>CUMBERLAND COUNTY, et al.,<br><br>Defendants. | Civil No. 16-3503 (RBK/AMD) |

**<u>ORDER</u>**

The Court having entered an Order dated December 20, 2021 directing Plaintiffs' counsel in each of the above-captioned matters to provide information concerning the settlement allocation and distribution in each case once letters of administration have been received; and the Court noting that the

requested information has not been submitted at this time; and for good cause shown:

IT IS on this **17th** day of **February 2022,**

**ORDERED** that counsel for Plaintiffs shall provide a letter by no later than **March 4, 2022** setting forth the status of the administration of the estates in each of the above-captioned matters.

s/ Ann Marie Donio<br>
ANN MARIE DONIO<br>
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Robert B. Kugler
    Hon. Joseph H. Rodriguez