HOLTZMAN MCCLAIN & LONDAR, PC
A Professional Corporation
524 Maple Avenue, Suite 200
Linwood, NJ 08221
(609) 601-0900
Stephen D. Holtzman, Esquire (SDH 9921)
Jeffrey S. McClain, Esquire (JSM 0966)
Lilia Londar, Esquire (LL 1120)
Attorneys for Defendant CFG Health Systems, LLC

| | |
|---|---|
| The Estate of Robert Wayne Lewis, by and through its administrator Ad Prosequendum, Tammy Willson and Tammy Willson in her own right,<br><br>        Plaintiff,<br><br>v.<br><br>Cumberland County, Warden Robert Balicki, in his individual capacity, and John Doe Corrections Officers 1-10 (fictitious individuals) in their individual capacities, & CFG Health Systems, LLC,<br><br>        Defendants. | **UNITED STATES DISTRICT COURT**<br>**District of New Jersey**<br>Camden Vicinage<br><br>Case No. 1:16-cv-03503 (JBS) (AMD)<br><br>Civil Action<br><br>**Stipulation of Dismissal With Prejudice for Defendant CFG Health Systems, LLC** |

It is hereby stipulated and agreed that the Complaint of The Estate of Robert Wayne Lewis, by and through its administrator Ad Prosequendum, Tammy Willson and Tammy Willson in her own right, in her own right in this matter be and hereby is voluntarily dismissed with prejudice along with any Cross-Claims against CFG Health Systems, LLC without attorney's fees or costs.

Dated: _1/20/22_          _____

                             Conrad Benedetto, Esquire
                             Attorney for Plaintiff, The Estate of Robert Wayne Lewis,
                             by and through its administrator Ad Prosequendum,
                             Tammy Willson and Tammy Willson in her own right,

Dated: _3/1/22_          _____

                             Stephen D. Holtzman, Esquire
                             Attorney for Defendants CFG Health Systems, LLC

Dated: _____

A. Michael Barker, Esquire
Attorney for Cumberland County, Warden Robert Balicki,
in his individual capacity, John Doe Corrections Officers
(1-10, fictitious individuals,) in their individual capacities,