UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| The Estate of Robert Wayne Lewis, by and through its Administrator Ad Prosequendum Tammy Wilson and Tammy Wilson, in her own right<br>       *Plaintiff*<br><br>v.<br><br>Cumberland County Jail, Warden Robert Balicki in his individual capacity, John Doe Corrections Officers 1-10 (fictitious individuals) in their individual capacities, & CFG Health Systems, LLC<br>       *Defendants* | Case No. 1:16-cv-03503<br><br>**AFFIDAVIT** |

I, Conrad J. Benedetto, Esquire being duly sworn depose and say that:

1. I am an attorney at law representing Plaintiffs in the above-entitled matter.

2. Pursuant to the Court's Order, I make this Affidavit.

3. The damages pursuant to the settlement in the matter of the *Estate of Robert Wayne Lewis, by and through its Aministrator Ad Prosequendum Tammy Wilson v. Cumberland County, et al.*, Case No.: 1:16-cv-06578 were allocated as Wrongful Death Damages.

4. The distribution of the settlement proceeds was reviewed with and explained to the client; said distribution thereafter being acknowledged and accepted by the client. A copy of the Distribution Schedule is attached hereto as *Exhibit "A."*

5. The Distribution Schedule sets forth the gross amount of settlement proceeds, the expenses and attorney's fees.

6. The Distribution Schedule also set forth the net proceeds to be distributed to Tammy Wilson, mother of Robert Wayne Lewis, deceased.

7. The Distribution Schedule states disclaimers which were acknowledged and accepted by the client.

8. To my knowledge there are no liens. Attached is a copy of the Charles Jones lien search, attached hereto as *Exhibit "B."*

9. The costs and expenses to be reimbursed included costs and expenses for investigation, medical records, filing fees, fees for service of process, deposition costs, expert witness and report fees, filing fees for the District Court, Third Circuit Court of Appeals, NJ Superior Court and Estate Administration fees and costs.

10. Copies of the following documents are attached, collectively **Exhibit "C":**

    a. Letter dated April 8, 2022 of Douglas Rainear, Surrogate Cumberland County;

    b. Receipt #1714358:

    c. Administration Short Certificate;

    d. Letters of Administration;

    e. Application Administration;

    f. Qualification Administration;

    g. Affidavit in Lieu of Administration Bond; and

    h. Judgment Granting Administration;

**LAW OFFICES OF CONRAD J. BENEDETTO**

_____
CONRAD J. BENEDETTO, ESQUIRE
Attorney at Law of the State of New Jersey

Dated: 4/13/2022

SWORN AND SUBSCRIBED
TO BEFORE ME THIS 13th
DAY OF APRIL, 2022

_Brunilda Echevarria_
Notary Public of the
State of Pennsylvania

Commonwealth of Pennsylvania - Notary Seal
BRUNILDA ECHEVARRIA, Notary Public
Philadelphia County
My Commission Expires August 27, 2025
Commission Number 1278613