# EXHIBIT "A"

## Estate of Lewis v. Cumberland County Jail, et. al.

### DISTRIBUTION

| | |
|---|---|
| Gross Settlement.................................................................... | $157,500.00 |
| Costs..................................................................................... | $67,257.58 |
| Sub Total................................................... | $90,242.42 |

Attorney's Fee
John Kusturiss, Esquire............................... $10,027.49
Benedetto Legal Associates.......................... $20,054.98

| | |
|---|---|
| Total............................................................. | $30,082.47 |
| Net to Client................................................ | $60,159.95 |

***Net Proceeds distributed as follows:***

Tammy Wilson.......................................... $60,159.95
   (Mother)

| | |
|---|---|
| Total................................................................ | $60,159.95 |

*I HEREBY ACKNOWLEDGE* THAT THE FOREGOING ARE PROPER EXPENDITURES AND CHARGES AND ARE SATISFACTORY IN AMOUNT. I FURTHER ACKNOWLEDGE THAT I AM COMPLETELY SATISFIED WITH THE MANNER IN WHICH MY ATTORNEY HANDLED THE WITHIN ACTION AND WITH THE TERMS OF MY RETAINER AGREEMENT. I FURTHER AGREE THAT IN THE EVENT THERE ARE ANY OUTSTANDING BILLS, WHETHER CURRENT OR FUTURE, WHICH ARE NOT ACCOUNTED FOR ON THIS CLOSING STATEMENT. I WILL ASSUME THE RESPONSIBILITY FOR SUCH BILLS. I HEREBY AGREE TO HONOR ANY OUTSTANDING MEDICAL INSURANCE LIENS THAT ARE OWING NOW OR IN THE FUTURE. I HEREBY HOLD THE LAW OFFICES OF CONRAD J. BENEDETTO AND BENEDETTO LEGAL ASSOCIATES AND THEIR EMPLOYEES OR AFFILIATES HARMLESS AND FULLY INDEMNIFY SAME (INCLUDING BUT NOT LIMITED TO ATTORNEYS' FEES, WHETHER SUIT BE BROUGHT OR NOT, AND AT TRIAL AND ALL APPELLATE LEVELS, AND COURT COSTS AND OTHER LITIGATION EXPENSES) WITH RESPECT TO AND FOR ALL DAMAGES IN REGARD TO ANY CURRENT AND/OR FUTURE UNPAID MEDICAL BILLS OR LIENS. I AM SATISFIED THAT MY ATTORNEYS HAVE MADE ALL REASONABLE EFFORTS TO ASCERTAIN INFORMATION REGARDING SAME.

THE SETTLEMENT OF THIS CLAIM HAS BEEN FULLY EXPLAINED TO ME BY MY ATTORNEY, CONRAD J. BENEDETTO AND I HEREBY ACCEPT THIS SETTLEMENT AND AGREE TO THE DISTRIBUTION OF THE SETTLEMENT PROCEEDS.

I AUTHORIZE THE LAW OFFICES OF CONRAD J. BENEDETTO TO DESTROY MY FILE.

_1-20-2022_  
Date

_Tammy Wilson_  
Tammy Wilson